# EXHIBIT B

**Patent Claims Analysis**

**of**

**US9280689: "Method and apparatus for conducting offline commerce transactions"**

**against**

**Amazon's In-Store Code**

# US9280689B2

United States

Inventor Marvin T. Ling

Current Assignee Individual

Worldwide applications

2011  WO ~~EP~~ US

| PCT/US11/47862 | Claims priority from a provisional application | 61/385,022 | 09/21/2010 |
|---|---|---|---|

Total patentTerm Adjustments

arrow_upward

101days

CLAIMS

1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:

(a) providing a personal code to a person for their use to purchase goods;

(b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;

(c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor;

(d) establishing a User Account in a User Vendor Management Server corresponding to said personal code;

(e) depositing funds in said User Account to establish a credit limit;

(f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server;

(g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server;

(h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server;

(i) forwarding the approval signal to the vendor cash register; and

(i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.

| Row | Claim Element | Contention |
|-----|---------------|------------|
| 1.0 | 1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising: | *Amazon's In-Store Code has a method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register.*<br><br>## Amazon Physical Stores<br><br>**Amazon Fresh Stores**<br>Amazon Fresh Stores<br>Amazon Fresh Stores Coupons & Promotions<br>Returning an Amazon Fresh Store Item<br>Amazon Fresh Stores - Logan Circle and Capitol Hill - Ava<br><br>**Amazon Go**<br>Amazon Go<br>Just Walk Out Technology by Amazon<br><br>**In-store Code**<br>In-Store Code<br>In-Store Code Usage & Supported Payment Methods<br><br>**Returns at Amazon Physical Stores**<br>Amazon Physical Store Return Policies<br>Printing an Amazon Physical Store Receipt<br><br><https://www.amazon.com/gp/help/customer/display.html?ref_=hp_bc_nav&node |

| | | |
|---|---|---|
| | | Id=GYDSB2Z3XMCBFHG9> @ 2025 |
| | | Saved **16 times** between April 1, 2021 and December 28, 2023.<br><br> |
| | | ## Dictionary<br>Definitions from Oxford Languages · Learn more<br><br>🔊 trans·ac·tion<br>/tranˈzakSHən,tran(t)ˈsakSHən/<br><br>*noun*<br>noun: **transaction**; plural noun: **transactions**<br><br>an instance of buying or selling something; a business deal.<br>"in an ordinary commercial transaction a delivery date is essential"<br>Similar: deal   business   agreement   undertaking   affair   arrangement   ⌄<br><br>• the action of conducting business.<br>Similar: negotiation   conduct   conducting   carrying out   performance   ⌄<br>• an exchange or interaction between people.<br>"intellectual transactions in the classroom"<br>• published reports of proceedings at the meetings of a learned society.<br>Similar: proceedings   affairs   concerns   dealings   matters   activities   ⌄<br>• an input message to a computer system that must be dealt with as a single unit of work.<br><br><https://www.google.com/search?q=transaction+define> @ 2025 |
| 1.1 | (a) providing a personal code to a person for their use to purchase goods; | *(a) providing a* **personal code** *["QU1aAWXc/teTfmTsE0tK1rOAivNtxjIvADBEAiBmDAO0J8eJ5PywGpLUGUSc0+tkF0iwyXtzEEt95UjgJQIgb/KK1VGfUtPDFAIbTkqhbL6jgOAplNVGgGp5ifHxU9s="] to a person for their use to* **purchase** *["in-app purchases"] goods.*<br><br>*For example, Amazon's In-Store Code provides a person with a code they can use to make purchases within the Amazon app while they are in a physical store.* |
| | | ***personal code***<br><br>QU1aAWXc/teTfmTsE0tK1rOAivNtxjIvADBEAiBmDAO0J8eJ5PywGpLUGUSc0+tkF0iwyXtzEEt95UjgJQIgb/KK1VGfUtPDFAIbTkqhbL6jgOAplNVGgGp5ifHxU9s= |

| | | |
|---|---|---|
| | | *<https://www.amazon.com/b?ie=UTF8&node=121229522011>* @ *2025* |
| | | **User ID Barcode**<br><br><br><br>*<https://www.amazon.com/b?ie=UTF8&node=121229522011>* @ *2025* |
| | | **purchase goods**<br><br>Customer requirements for <u>in-app purchases</u> are the same as those for the Amazon client app:<br><br>• The Amazon client app must be installed on the user's device.<br><br>• The customer account must have 1-Click Payment enabled.<br><br>• 1-Click Payment must be linked to a credit card from one of the supported countries/regions.<br><br>• The default address for 1-Click Payment must be a valid address in one of the supported countries/regions.<br><br>*<https://developer.amazon.com/docs/in-app-purchasing/iap-faqs.html>* @ *2025* |
| 1.2 | (b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said | *(b) converting said **personal code** **["QU1aAWXc/teTfmTsE0tK1rOAivNtxjIvADBEAiBmDAO0J8eJ5PywGpLUGUSc0+tkF0i wyXtzEEt95UjgJQIgb/KK1VGfUtPDFAIbTkqhbL6jgOAplNVGgGp5ifHxU9s="]** into barcode format to form a **User ID Barcode [SEE IMAGE BELOW]**, said **User ID*** |

| personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode; | ***Barcode** [SEE IMAGE BELOW] corresponding to said **personal code** ["QU1aAWXc/teTfmTsE0tK1rOAivNtxjIvADBEAiBmDAO0J8eJ5PywGpLUGUSc0+tkF0iwyXtzEEt95UjgJQIgb/KK1VGfUtPDFAIbTkqhbL6jgOAplNVGgGp5ifHxU9s="] and including at least one **special character** [DIFFERENT CODES] to distinguish the barcode as a **User ID Barcode** [SEE IMAGE BELOW] from a **product barcode** [SEE IMAGE BELOW].*<br><br>*For example, Amazon's In-Store Code (b) is turned into a barcode—called a 'User ID Barcode'—which matches the original code and includes at least one unique element to make it clearly different from a regular product barcode.* |
|---|---|
| | ***personal code***<br><br>*QU1aAWXc/teTfmTsE0tK1rOAivNtxjIvADBEAiBmDAO0J8eJ5PywGpLUGUSc0+tkF0iwyXtzEEt95UjgJQIgb/KK1VGfUtPDFAIbTkqhbL6jgOAplNVGgGp5ifHxU9s=*<br><br>*<https://www.amazon.com/b?ie=UTF8&node=121229522011> @ 2025* |
| | ***User ID Barcode***<br><br><br><br>*<https://www.amazon.com/b?ie=UTF8&node=121229522011> @ 2025* |
| | ***special character***<br><br>*Q*<br><br>*<https://www.amazon.com/b?ie=UTF8&node=121229522011> @ 2025* |

*product barcode*



<https://chainstoreage.com/amazon-go-brings-suburban-format-los-angeles> @ 2025



| | | |
|---|---|---|
| | | *<https://www.quakeroats.com/products/oat-snacks/big-chewy-granola/chocolate-chip?bvstate=pg:4/ct:r> @ 2025* |
| 1.3 | (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor; | *(c) storing said **personal code** **["QU1aAWXc/teTfmTsE0tK1rOAivNtxjIvADBEAiBmDAO0J8eJ5PywGpLUGUSc0+tkF0i wyXtzEEt95UjgJQIgb/KK1VGfUtPDFAIbTkqhbL6jgOAplNVGgGp5ifHxU9s="]** in said **User ID Barcode** **[SEE IMAGE BELOW]** format by said person for use to **purchase ["in-app purchases"]** goods ["in-app **purchase ["in-app purchases"]**s"] and storing said **personal code** **["QU1aAWXc/teTfmTsE0tK1rOAivNtxjIvADBEAiBmDAO0J8eJ5PywGpLUGUSc0+tkF0i wyXtzEEt95UjgJQIgb/KK1VGfUtPDFAIbTkqhbL6jgOAplNVGgGp5ifHxU9s="]** in a **User Vendor Management Server ["Amazon server"]** to permit **purchase ["in-app purchases"]**s to be made at a vendor.* <br><br> *For example, Amazon's In-Store Code (c) is saved by the user in a special barcode format (called a User ID Barcode) so they can make purchases within the app. At the same time, Amazon also stores this code on its server to allow the user to complete purchases with a participating vendor.* |
| | | ***personal code*** <br><br> ***QU1aAWXc/teTfmTsE0tK1rOAivNtxjIvADBEAiBmDAO0J8eJ5PywGpLUGUSc0+tkF0iw yXtzEEt95UjgJQIgb/KK1VGfUtPDFAIbTkqhbL6jgOAplNVGgGp5ifHxU9s=*** <br><br> *<https://www.amazon.com/b?ie=UTF8&node=121229522011> @ 2025* |
| | | ***User ID Barcode*** |



*<https://www.amazon.com/b?ie=UTF8&node=121229522011> @ 2025*

***purchase goods***

Customer requirements for <u>in-app purchases</u> are the same as those for the Amazon client app:

- The Amazon client app must be installed on the user's device.

- The customer account must have 1-Click Payment enabled.

- 1-Click Payment must be linked to a credit card from one of the supported countries/regions.

- The default address for 1-Click Payment must be a valid address in one of the supported countries/regions.

*<https://developer.amazon.com/docs/in-app-purchasing/iap-faqs.html> @ 2025*

***User Vendor Management Server***

| | | |
|---|---|---|
| | | If there is an interruption in power or the network connection is dropped before the response is received, the <u>Amazon server</u> adds the purchase response to a queue. When the power and the network connection are restored, the Amazon client can retrieve the purchase responses from the queue. Check for the purchase receipts sent from the Amazon client by sending a `getPurchaseUpdates()` call each time the app starts. The behavior for queued receipts varies slightly depending on the purchase type.<br><br>*<https://developer.amazon.com/docs/in-app-purchasing/iap-faqs.html> @ 2025* |
| 1.4 | (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code; | *(d) establishing a **User Account** **["customer account"]** in a **User Vendor Management Server** **["Amazon server"]**corresponding to said **personal code** **["QU1aAWXc/teTfmTsE0tK1rOAivNtxjlvADBEAiBmDAO0J8eJ5PywGpLUGUSc0+tkF0i wyXtzEEt95UjgJQIgb/KK1VGfUtPDFAIbTkqhbL6jgOAplNVGgGp5ifHxU9s="].*<br><br>*For example, Amazon's In-Store Code (d) is used to create a customer account on an Amazon server that matches the code.*<br><br>**User Account**<br><br>Customer requirements for in-app purchases are the same as those for the Amazon client app:<br><br>• The Amazon client app must be installed on the user's device.<br><br>• The <u>customer account</u> must have 1-Click Payment enabled.<br><br>• 1-Click Payment must be linked to a credit card from one of the supported countries/regions.<br><br>• The default address for 1-Click Payment must be a valid address in one of the supported countries/regions.<br><br>*<https://developer.amazon.com/docs/in-app-purchasing/iap-faqs.html> @ 2025*<br><br>***User Vendor Management Server*** |

| | | |
|---|---|---|
| | | If there is an interruption in power or the network connection is dropped before the response is received, the <u>Amazon server</u> adds the purchase response to a queue. When the power and the network connection are restored, the Amazon client can retrieve the purchase responses from the queue. Check for the purchase receipts sent from the Amazon client by sending a `getPurchaseUpdates()` call each time the app starts. The behavior for queued receipts varies slightly depending on the purchase type.<br><br>*<https://developer.amazon.com/docs/in-app-purchasing/iap-faqs.html> @ 2025* |
| | | ***personal code***<br><br>***QU1aAWXc/teTfmTsE0tK1rOAivNtxjIvADBEAiBmDAO0J8eJ5PywGpLUGUSc0+tkF0iw yXtzEEt95UjgJQIgb/KK1VGfUtPDFAIbTkqhbL6jgOAplNVGgGp5ifHxU9s=***<br><br>*<https://www.amazon.com/b?ie=UTF8&node=121229522011> @ 2025* |
| 1.5 | (e) depositing funds in said User Account to establish a credit limit; | *(e) depositing funds in said **User Account** ["customer account"] to establish a **credit limit** ["credit limit"].*<br><br>*For example, Amazon's In-Store Code (e) allows money to be added to the customer's account, creating a credit limit the customer can use for purchases.* |
| | | ***User Account***<br><br>Customer requirements for in-app purchases are the same as those for the Amazon client app:<br><br>• The Amazon client app must be installed on the user's device.<br>• The <u>customer account</u> must have 1-Click Payment enabled.<br>• 1-Click Payment must be linked to a credit card from one of the supported countries/regions.<br>• The default address for 1-Click Payment must be a valid address in one of the supported countries/regions.<br><br>*<https://developer.amazon.com/docs/in-app-purchasing/iap-faqs.html> @ 2025* |
| | | ***credit limit*** |

| | | |
|---|---|---|
| | | Once approved for an Amazon Secured Card account, you will only be able to access the Secured Card features which requires you to make a security deposit to open your account. Your <u>credit limit</u> will equal to the amount of the security deposit.<br><br>*<https://www.amazon.com/gp/help/customer/display.html?nodeId=GEZZFGWGVHXFJQTH> @ 2025* |
| 1.6 | (f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server; | *(f) conducting **purchase ["in-app purchases"]**s at vendors each having a **vendor server ["Amazon server"]** wherein each **purchase ["in-app purchases"]** includes scanning **product barcode [SEE IMAGE BELOW]**s including **product price ["Pricing"]** and said **User ID Barcode [SEE IMAGE BELOW]** with a **product barcode [SEE IMAGE BELOW]**scanner ["scan your Amazon or Whole Foods Market In-Store Code"] at the **vendor cash register [SEE IMAGE BELOW]** and transmitting both **product barcode [SEE IMAGE BELOW]**s and **User ID Barcode [SEE IMAGE BELOW]** to said **vendor server ["Amazon server"]**.*<br><br>*For example, Amazon's In-Store Code (f) is used to make purchases within the app at participating vendors, such as Amazon or Whole Foods Market. At checkout, the customer scans both the product barcodes (which include prices) and their In-Store Code (the User ID Barcode) at the vendor's cash register. These scanned codes are then sent to Amazon's server to process the purchase.* |
| | | ***purchase***<br><br>Customer requirements for <u>in-app purchases</u> are the same as those for the Amazon client app:<br><br>• The Amazon client app must be installed on the user's device.<br><br>• The customer account must have 1-Click Payment enabled.<br><br>• 1-Click Payment must be linked to a credit card from one of the supported countries/regions.<br><br>• The default address for 1-Click Payment must be a valid address in one of the supported countries/regions.<br><br>*<https://developer.amazon.com/docs/in-app-purchasing/iap-faqs.html> @ 2025* |
| | | ***product price*** |

The Appstore Billing Compatibility SDK uses the same API signatures as Google Play Billing. If you're porting an app from Google Play, consider using the Appstore Billing Compatibility SDK. The Appstore SDK has different API signatures than Google Play Billing, but supports more features such as Pending Purchases, Promotional Pricing, and Receipt Verification. If your app needs these features, consider using the Appstore SDK. For a full comparison, see Comparison of Amazon's IAP solutions.

<*https://developer.amazon.com/docs/in-app-purchasing/iap-faqs.html*> *@ 2025*

***User ID Barcode***



<*https://www.amazon.com/b?ie=UTF8&node=121229522011*> *@ 2025*

***product barcode***



*<https://chainstoreage.com/amazon-go-brings-suburban-format-los-angeles>* @ 2025



*<https://www.quakeroats.com/products/oat-snacks/big-chewy-granola/chocolate-chip?bvstate=pg:4/ct:r>* @ 2025

***scanner***

Simply scan your Amazon or Whole Foods Market In-Store Code at a staffed or self-checkout lane.*

<*https://www.amazon.com/b?ie=UTF8&node=121229522011*> *@ 2025*



<*https://www.usatoday.com/picture-gallery/tech/news/2018/01/21/amazon-go-see-inside-amazons-new-store-without-a-checkout-line/109680358/*> *@ 2025*

| | | |
|---|---|---|
| | | ***vendor cash register*** <br><br>  <br><br> *<https://www.amazon.com/fmc/m/30000404/?almBrandId=VUZHIFdob2xIIEZvb2Rz>* @ *2025* |
| 1.7 | (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server; | *(g) detecting the* **User ID Barcode** **[SEE IMAGE BELOW]** *at the* **vendor server ["Amazon server"]** *and forwarding the ID Barcode and* **purchase ["in-app purchases"]** *price* **["Pricing"]** *to said* **User Vendor Management Server["Amazon server"]**. <br><br> *For example, Amazon's In-Store Code (g) is recognized by Amazon's server when scanned, and both the User ID Barcode and the price of the item are sent to the server for processing.* <br><br> ***User ID Barcode*** |



*<https://www.amazon.com/b?ie=UTF8&node=121229522011> @ 2025*

**purchase price**

The Appstore Billing Compatibility SDK uses the same API signatures as Google Play Billing. If you're porting an app from Google Play, consider using the Appstore Billing Compatibility SDK. The Appstore SDK has different API signatures than Google Play Billing, but supports more features such as Pending Purchases, Promotional Pricing, and Receipt Verification. If your app needs these features, consider using the Appstore SDK. For a full comparison, see Comparison of Amazon's IAP solutions.

*<https://developer.amazon.com/docs/in-app-purchasing/iap-faqs.html> @ 2025*

**User Vendor Management Server**

If there is an interruption in power or the network connection is dropped before the response is received, the Amazon server adds the purchase response to a queue. When the power and the network connection are restored, the Amazon client can retrieve the purchase responses from the queue. Check for the purchase receipts sent from the Amazon client by sending a `getPurchaseUpdates()` call each time the app starts. The behavior for queued receipts varies slightly depending on the purchase type.

| | | |
|---|---|---|
| | | *<https://developer.amazon.com/docs/in-app-purchasing/iap-faqs.html>* @ 2025 |
| 1.8 | (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server; | *(h) comparing the* **purchase** **["in-app purchases"]** *price* **["Pricing"]** *with the funds in said* **User Vendor Management Server** **["Amazon server"]** *to determine if there are available funds within the* **credit limit** **["credit limit"]** *in the* **User Vendor Management Server** **["Amazon server"]** *account, and if there are, sending an* **approval signal** **["receipts"]** *to the* **vendor server** **["Amazon server"]**.*<br><br>*For example, Amazon's In-Store Code (h) allows Amazon's server to compare the item's price with the funds available in the customer's account. If there is enough money or credit, a receipt is sent to the server to confirm the purchase.* |
| | | **purchase price**<br><br>The Appstore Billing Compatibility SDK uses the same API signatures as Google Play Billing. If you're porting an app from Google Play, consider using the Appstore Billing Compatibility SDK. The Appstore SDK has different API signatures than Google Play Billing, but supports more features such as Pending Purchases, Promotional <u>Pricing,</u> and Receipt Verification. If your app needs these features, consider using the Appstore SDK. For a full comparison, see Comparison of Amazon's IAP solutions.<br><br>*<https://developer.amazon.com/docs/in-app-purchasing/iap-faqs.html>* @ 2025 |
| | | **User Vendor Management Server**<br><br>If there is an interruption in power or the network connection is dropped before the response is received, the <u>Amazon server</u> adds the purchase response to a queue. When the power and the network connection are restored, the Amazon client can retrieve the purchase responses from the queue. Check for the purchase receipts sent from the Amazon client by sending a `getPurchaseUpdates()` call each time the app starts. The behavior for queued receipts varies slightly depending on the purchase type.<br><br>*<https://developer.amazon.com/docs/in-app-purchasing/iap-faqs.html>* @ 2025 |
| | | **credit limit** |

| | | |
|---|---|---|
| | | Once approved for an Amazon Secured Card account, you will only be able to access the Secured Card features which requires you to make a security deposit to open your account. Your <u>credit limit</u> will equal to the amount of the security deposit.<br><br>*<https://www.amazon.com/gp/help/customer/display.html?nodeId=GEZZFGWGVHXFJQTH>* @ 2025 |
| | | ***approval signal***<br><br>If there is an interruption in power or the network connection is dropped before the response is received, the Amazon server adds the purchase response to a queue. When the power and the network connection are restored, the Amazon client can retrieve the purchase responses from the queue. Check for the purchase receipts sent from the Amazon client by sending a `getPurchaseUpdates()` call each time the app starts. The behavior for queued <u>receipts</u> varies slightly depending on the purchase type.<br><br>*<https://developer.amazon.com/docs/in-app-purchasing/iap-faqs.html>* @ 2025 |
| 1.9 | (i) forwarding the approval signal to the vendor cash register; and | *(i) forwarding the* **approval signal *["receipts"]*** *to the* **vendor cash register *[SEE IMAGE BELOW]*.*<br><br>*For example, Amazon's In-Store Code (i) sends the purchase receipts back to the vendor's cash register.* |
| | | ***approval signal***<br><br>If there is an interruption in power or the network connection is dropped before the response is received, the Amazon server adds the purchase response to a queue. When the power and the network connection are restored, the Amazon client can retrieve the purchase responses from the queue. Check for the purchase receipts sent from the Amazon client by sending a `getPurchaseUpdates()` call each time the app starts. The behavior for queued <u>receipts</u> varies slightly depending on the purchase type.<br><br>*<https://developer.amazon.com/docs/in-app-purchasing/iap-faqs.html>* @ 2025 |

| | | |
|---|---|---|
| | | *vendor cash register*<br><br><br><br><*https://www.amazon.com/fmc/m/30000404/?almBrandId=VUZHIFdob2xlEZvb2Rz*> @ 2025 |
| 1.10 | (i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode. | *(i) repeating steps (f) through (i) for subsequent* **purchase** **["in-app purchases"]** *transactions "in-app* **purchase** **["in-app purchases"]***s"]using said* **User ID Barcode** **[SEE IMAGE BELOW]**.<br><br>*For example, Amazon's In-Store Code (i) repeats the process described in steps (f) through (i) for each new in-app purchase using the same User ID Barcode.*<br><br>***purchase transactions*** |

Customer requirements for <u>in-app purchases</u> are the same as those for the Amazon client app:

- The Amazon client app must be installed on the user's device.
- The customer account must have 1-Click Payment enabled.
- 1-Click Payment must be linked to a credit card from one of the supported countries/regions.
- The default address for 1-Click Payment must be a valid address in one of the supported countries/regions.

<*https://developer.amazon.com/docs/in-app-purchasing/iap-faqs.html*> *@ 2025*

***User ID Barcode***



<*https://www.amazon.com/b?ie=UTF8&node=121229522011*> *@ 2025*

- ***PRODUCT/SERVICE = "Amazon's In-Store Code"***

- ***approval signal = "receipts"***
- ***credit limit = "credit limit"***
- ***personal code =***
  ***"QU1aAWXc/teTfmTsE0tK1rOAivNtxjIvADBEAiBmDAO0J8eJ5PywGpLUGUSc***
  ***0+tkF0iwyXtzEEt95UjgJQIgb/KK1VGfUtPDFAIbTkqhbL6jgOAplNVGgGp5ifHx***
  ***U9s="***
- ***product barcode = SEE IMAGE BELOW (1.2)***
- ***product price = "Pricing"***

| | | |
|---|---|---|
| | | <ul><li>***purchase goods = "in-app purchases"***</li><li>***purchase price = "Pricing"***</li><li>***purchase transactions = "in-app purchases"***</li><li>***purchase = "in-app purchases"***</li><li>***scanner = "scan your Amazon or Whole Foods Market In-Store Code"***</li><li>***special character = DIFFERENT CODES***</li><li>***User Account = "customer account"***</li><li>***User ID Barcode = SEE IMAGE BELOW (1.1)***</li><li>***User Vendor Management Server = "Amazon server"***</li><li>***vendor cash register = SEE IMAGE BELOW (1.6)***</li><li>***vendor server = "Amazon server"***</li></ul> |